UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 10 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YUKON-DELTA FISH MARKETING CO-OP INC, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant - Appellee. | No. 05-35788 <br><br> D.C. No. CV-03-00074-RRB <br> District of Alaska, <br> Anchorage <br><br> ORDER |

RECEIVED
FEB 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's motion to accept late-filed opening brief is granted. The opening brief already received is ordered filed. The answering brief is due March 15, 2006. The optional reply brief is due 14 days after service of the answering brief.

Appellant is reminded that a motion for an extension of time to file a brief should include the position of opposing counsel or explain why that information is not available. *See* 9th Cir. R. 32-2.2(b)(6).

For the Court:
CATHY A. CATTERSON
Clerk of the Court

*Alihandra M. Totor*
Alihandra M. Totor
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 02.06.06