UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/16/06

To:                                       ATTN: ( ) CIVIL
   **REDACTED**

                                                ( ) CRIMINAL

                                                (XXX) JUDGE

From: Shari Fuhrer
       U.S. District Court
       222 West 7th Avenue, # 4
       Anchorage, Alaska 99513

DC No: 3:03-cv-00074-RRB             Appeal No: 05-35788

Short title: Yukon-Delta Marketing Co-Op Inc v USA

Composition of Record

Clerk's Files in 1 volumes     (xxx) original    ( ) certified copy

    Bulky docs. 1 volumes, docket # 17
                              (folders)

Reporter's  in _____ volumes    ( ) original      ( ) certified copy
Transcripts

Exhibits:   in _____ envelopes    ( ) under seal

         in _____ boxes         ( ) under seal

Other: **NOTE: Document 48 is electronic and available through PACER**
          **(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)

Acknowledgement: _____      Date: _____
"record.app" [11/21/97]