RECEIVED

JUN 2 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 2 1 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YUKON-DELTA FISH MARKETING CO-OP INC, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant - Appellee. | No. 05-35788 <br><br> D.C. No. CV-03-00074-RRB <br> District of Alaska, <br> Anchorage <br><br><br> ORDER |

The panel unanimously finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument, on July 21, 2006, at Anchorage, Alaska. Fed. R. App. P. 34(a)(2).

BY ORDER OF THE COURT
CATHY A. CATTERSON
Clerk of Court

By: [signature]
Howard Hom
Deputy Clerk